Nos. 1004 and 1005. EASTERN TRANSPORTATION CO. *v.* WALLING ET AL. April 29, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Christopher E. Heckman* for petitioner. *Joseph W. Henderson* for respondents.

No. 1011. HUDOCK, EXECUTOR, *v.* FREEMAN, SECRETARY OF BANKING. April 29, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Robert T. McCracken, George G. Chandler* and *Frank L. Pinola* for petitioner. *Leo W. White* for respondent.

No. 1013. HARE *v.* UNITED STATES;
No. 1014. HARE *v.* UNITED STATES; and
No. 1015. HARE *v.* UNITED STATES. April 29, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Daniel S. Ring* and *C. Leo DeOrsey* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 644. WILLIAMS-BAUER CORPORATION ET AL. *v.* DE PASQUALE ET AL. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Emanuel Tacker* for petitioners. *George M. Aronwald* for respondents.